UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

**MORGAN LOWETH, ET AL.,**                     **JUDGMENT IN A CIVIL CASE**

    **Plaintiffs,**

**vs.**

**DOSTER LAWN & LANDSCAPING, ET AL.,**        CASE NO: 25-1277-STA-jay

    **Defendants.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **NOTICE of Voluntary Dismissal entered on February 10, 2026, this cause is hereby DISMISSED with prejudice.**

                                                **APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT JUDGE**

**DATE: 2/11/2026**                          Wendy R. Oliver
                                                               Clerk of Court

                                                                s/Maurice B. BRYSON

                                                               (By)   Deputy Clerk